UNITED STATES DISTRICT COURT                    NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK

---

BARRY MITCHELL,

                                    Petitioner,              ORDER
                                                            10-CV-1696 (JG)
                    - versus -

JOHN P. LEMPKE,

                                    Respondent.

---

JOHN GLEESON, United States District Judge:

        Barry Mitchell petitioned for a writ of habeas corpus pursuant to 28 U.S.C.

§ 2254 challenging his January 2005 conviction in New York State Supreme Court, Queens

County, of one count of burglary in the first degree.  In a Memorandum and Order dated October

4, 2010, I denied the petition.  Mitchell has moved pursuant to Rule 60(b) of the Federal Rules of

Civil Procedure for relief from the October 6, 2010 judgment denying the petition.

        Mitchell contends that the respondent committed a fraud on the court by altering

the original photograph array that I ordered counsel to supply to the court, *see* Order dated

August 25, 2010, a copy of which was sent to Mitchell, *see* Memorandum and Order at 14 n.11,

October 4, 2010, ECF No. 11; Photograph Array, Sept. 24, 2010, ECF No. 10.  He apparently

suggests that the fraud is demonstrated by a photostatic copy of the array he received from his

attorney, a copy of which is attached to Mitchell's motion.  *See* Mot. Vacate J. Ex. D., June 17,

2011, ECF No. 17.

        I have reviewed Mitchell's submission and conclude it has no merit.

Accordingly, his motion for relief from the judgment is denied.

        So ordered.


        John Gleeson, U.S.D.J.

Dated: March 28, 2012
     Brooklyn, New York